JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Farnaz M. Alemi (SBN 255836)
falemi@jenner.com
Kirsten C. Jackson (SBN 265952)
kjackson@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:  (213) 239-5100
Facsimile:  (213) 239-5199

Attorneys for Plaintiffs
Universal City Studios LLC and
Battleship Delta Productions LLC



FILED
CLERK, U.S. DISTRICT COURT

APR 2 0 2012
2:12

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS LLC, and BATTLESHIP DELTA PRODUCTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation, and THE BIG STICK LLC, a California limited liability company, <br><br> Defendants. | Case No. **CV12-3454-R (PJWx)** <br><br> **COMPLAINT FOR:** <br><br> **[1] FALSE DESIGNATION OF ORIGIN** <br> **[2] FALSE ADVERTISING** <br> **[3] COPYRIGHT INFRINGEMENT** <br> **[4] COMMON LAW UNFAIR COMPETITION** <br> **[5] VIOLATION OF CAL. BUS. & PROF. CODE § 17200** <br> **[6] VIOLATION OF CAL. BUS. & PROF. CODE § 17500** <br><br> <u>**DEMAND FOR JURY TRIAL**</u> |

COMPLAINT

a COPY

Plaintiffs Universal City Studios LLC and Battleship Delta Productions LLC (collectively, "Universal") bring this action against defendants The Global Asylum Inc. and The Big Stick LLC (collectively, "Global Asylum") for injunctive relief and damages and allege as follows:

## NATURE OF THE ACTION

1.      This action arises out of Global Asylum's knowing and willful violation of Universal's rights with respect to Universal's highly anticipated motion picture *Battleship*, and Global Asylum's blatant infringement and unfair competition in advertising and promoting for sale, in the United States and in Europe, a straight-to-DVD knock-off that features substantially similar titles, artwork, packaging, release dates, and film trailers as Universal's motion picture.

2.      Universal is the exclusive licensee of the film rights to Hasbro, Inc.'s classic naval combat board game "BATTLESHIP," for which Hasbro owns long-standing federal trademark registrations.  Universal has spent in excess of $100 million to produce the film *Battleship*, and has invested more than $30 million in advertising and promoting the film in the United States.  Universal's *Battleship* film recently was released in theaters in the United Kingdom and soon will be released in other European territories, including Germany and Spain.  The film is scheduled to be released nationwide in theaters in the United States on May 18, 2012.  Universal has registered with the U.S. Copyright Office its artwork in connection with the advertising and promotion of its *Battleship* film.

3.      Global Asylum is in the business of producing low-budget knock-offs of major motion pictures, which Global Asylum markets to the public at or around the time the major studio film is playing in theaters.  In a willful attempt to trade on the reputation and goodwill of Hasbro and Universal, to free-ride on Universal's lengthy and world-wide advertising campaign to promote its *Battleship* film, and to divert customers and potential customers away from Universal's film, Global Asylum is promoting and advertising its low-budget, straight-to-DVD film using

1  the confusingly similar titles *Battleship*, *Battleships*, and *American Battleship* in

2  various territories, including in the United States and the United Kingdom.

3  Moreover, Global Asylum has stated that it intends to release its knock-off DVD in

4  the United States on May 22, 2012 – just four days after the date that Universal's

5  *Battleship* film will be released in theaters across the country.

6      4.    Global Asylum's DVD packaging for its low-budget knock-off is

7  confusingly similar to Universal's copyrighted artwork in connection with its

8  *Battleship* movie, including the manner in which the titles appear and are

9  displayed, and the overall look and feel of the images depicted in the artwork and

10  packaging.  To compound the intended consumer confusion, Global Asylum also is

11  promoting its DVD with a trailer on YouTube and other Internet web sites that is

12  similar in plot, action, music, sound effects and overall look and feel to the trailers

13  for the Universal *Battleship* film that Universal has distributed widely in theaters,

14  on Universal's own web site, through YouTube and iTunes, and in a television

15  advertisement aired during the 2012 Super Bowl broadcast.

## JURISDICTION AND VENUE

17      5.    This is a civil action against Global Asylum for false designation of

18  origin and false advertising in violation of Section 43(a) of the Lanham Act, 15

19  U.S.C. § 1125(a), for copyright infringement in violation of the Copyright Act, 17

20  U.S.C. § 106, and for violations of California statutory and common law.

21      6.    This Court has subject matter jurisdiction over this matter pursuant to

22  15 U.S.C. § 1121, 17 U.S.C. § 501(a), and 28 U.S.C. §§ 1331 and 1338 in that it

23  involves an action arising under the federal Lanham Act and the federal Copyright

24  Act.

25      7.    Defendant The Global Asylum Inc. is subject to personal jurisdiction

26  in the State of California, including because it is a California corporation and

27  because it has its main office in Burbank, California and conducts substantial

28  business operations in this judicial district.

8.      Defendant The Big Stick LLC is subject to personal jurisdiction in the State of California, including because it is a California limited liability company and because it has its main office in Burbank, California and conducts substantial business operations in this judicial district.

9.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) because the claims arise in this judicial district and all of the defendants may be found in this judicial district and are subject to personal jurisdiction in this judicial district.

## THE PARTIES

10.     Plaintiff Universal City Studios LLC (successor to Universal City Studios LLLP) is a Delaware limited liability company, with its principal place of business located at 100 Universal City Plaza, Universal City, CA 91608.

11.     Plaintiff Battleship Delta Productions LLC is a Louisiana limited liability company, with its principal place of business located at 100 Universal City Plaza, Universal City, CA 91608.

12.     Universal is informed and believes, and on that basis alleges, that defendant The Global Asylum Inc. is a California corporation having its principal place of business in Burbank, California.

13.     Universal is informed and believes, and on that basis alleges, that defendant The Big Stick LLC is a California limited liability company having its principal place of business in Burbank, California.

14.     Universal is informed and believes, and on that basis alleges, that defendant The Global Asylum Inc. and The Big Stick LLC are, and at all relevant times have been, agents and/or alter-egos of each other and that each has acted on behalf of and as an agent for the other with respect to the conduct alleged herein.

## UNIVERSAL'S *BATTLESHIP* MOTION PICTURE

15.     Plaintiffs are companies within the Universal Studios group of companies (the "Universal Studios Group"), an internationally-known motion

-4-

picture studio based in Los Angeles, California.  The Universal Studios Group produces and distributes motion pictures in the United States and around the world. Examples of films produced and distributed globally by Universal Studios include *King Kong*, *Gladiator*, and *Mamma Mia!*, as well as the *Jurassic Park*, *Back to the Future*, *The Mummy*, and "*Bourne*" franchises.

16.    Over the past three years, Universal has developed, financed and produced a feature-length major movie picture titled *Battleship* (the "Film"), inspired by Hasbro's well-known naval combat board game of the same name. Universal is the owner and/or exclusive licensee of various copyright and trademark rights in and relating to the Film.

17.    Hasbro, Inc. owns federal trademark registrations for the BATTLESHIP mark with respect to its board games, hand-held electronic games, and computer videogames, including Registration Nos. 0860462, 2109067, and 2659228.

18.    Pursuant to a License and Assignment Agreement dated August 30, 2010, between Hasbro and Universal, Universal is the irrevocable exclusive licensee of motion picture rights with respect to the Hasbro game, including its title, packaging, and artwork, and is the worldwide exclusive licensee of the federal trademark registrations for the  BATTLESHIP marks identified above.  That Agreement expressly provides that Universal has the right to bring litigation to enforce the rights granted in the Agreement against infringement by third parties.

19.    The Film is directed by Peter Berg, who is well-known as the director of the 2007 motion picture *The Kingdom*, the 2008 motion picture *Hancock*, and the television series *Friday Night Lights*, as well as for his work as an actor and writer.  The Film's A-list cast includes Academy Award-nominee Liam Neeson, Alexander Skarsgård, Rihanna, Brooklyn Decker, and Taylor Kitsch.  The Film is an action-adventure movie that takes place at sea against aliens invading the Earth.

20.     The Film was released theatrically in the United Kingdom on April 13, 2012, and is scheduled for theatrical release in the United States on May 18, 2012.  In anticipation of *Battleship*'s theatrical release, Universal has invested extensive amounts of money, time and effort in promoting and marketing the Film in the United States and around the world.

21.     Universal began its worldwide advertising and promotional campaign for the Film more than nine months ago.  As a result of these efforts, the movie-going public has come to associate the title *Battleship*, as well as the Film's distinctive and widely-disseminated title design and artwork, with Universal as the source of the Film.

22.     Since at least July 2011, Universal has continuously used a distinctive title design (the "Battleship Title Design") in promoting and advertising the Film. The Battleship Title Design is shown below and includes the all-capital-letters title "BATTLESHIP" in a beveled, stencil-like font, characterized by a steely-gray color and the use of a gradient (also known as a color ramp or color progression) across the steely-gray color scheme:



23.     In July 2011, Universal began distributing a poster for the Film, the Battleship One-Sheet Teaser, for display in theater lobbies throughout the United States.  The Battleship One-Sheet Teaser showed the title of the Film using the Battleship Title Design.  A copy of the Battleship One-Sheet Teaser is shown below and also is attached as **Exhibit A**.

COMPLAINT

24.     In July 2011, Universal also launched an Internet website devoted to promoting the Film (www.battleshipmovie.com) (the "Battleship Website").  The Battleship Website is directed to, and accessible by, individuals throughout the world.  The website includes details of the film's story, information about its cast, images from the film, and trailers.  The Battleship Title Design appears prominently on the website.  The Battleship Website describes the Film as "an epic-scale action-adventure that unfolds across the seas, in the skies and over land as our planet fights for survival against a superior force."  Since its launch, the Battleship Website has received more than 600,000 unique visitors.  Screenshots of various pages from the Battleship Website are attached as **Exhibit B**.

25.     In July 2011, Universal also began promoting the Film through social networking sites such as Facebook and Twitter.  Universal has built a community of fans of the Film through Facebook by posting trailers, images and clips from the Film on its "Battleship" page (www.facebook.com/battleship).  The Battleship Title Design is prominently featured on the page.  More than 210,000 visitors to Universal's *Battleship* Facebook page have indicated that they "like" the page.

26.     Universal also launched a Twitter page (@Battleshipmovie) in July 2011, which now has nearly 4000 followers.  The Battleship Title Design also is prominently featured on Universal's *Battleship* Twitter page.  In addition, Universal has worked with Rihanna – an international pop superstar as well as an actor – to promote the Film by posting film clips and other content on her Facebook and Twitter pages.

27.     Universal also promoted the Film starting in July 2011 through a "teaser" trailer that it distributed through iTunes and on the Battleship Website and which played in theaters across the United States before screenings of the motion picture *Cowboy and Aliens*, a film that grossed more than $100 million at the box office in the United States.  The teaser trailer prominently featured the Battleship Title Design and also showed the alien spacecraft rising out of the ocean.  In August 2011, this trailer also was distributed throughout the United Kingdom.

28.     In December 2011, Universal released a second trailer for the Film on iTunes, on the Battleship Website, and in theaters.  The trailer prominently featured the Battleship Title Design and showed footage from the Film, including images of the alien spacecraft rising out of the ocean.  This trailer played in theaters throughout the United States before screenings of the motion picture *Sherlock Homes: A Game of Shadows*, a film that reportedly grossed more than $185 million at the domestic box office.  In December 2011, Universal also released this second trailer into more than 500 theaters in the United Kingdom before screenings of *Sherlock Holmes: A Game of Shadows*.

29.     On or about December 9, 2011, Universal released and distributed a new poster, the Hopper on Deck Advance Sheet (the "Battleship Artwork"), for display in theater lobbies across the United States.  The Battleship Artwork showed the title of the Film using the distinctive Battleship Title Design and also included artwork showing a naval warship confronting an alien spacecraft on the ocean.  A copy of the Battleship Artwork is shown below and also is attached as **Exhibit C**.



30.    As shown above, the Battleship Artwork includes a dark stormy sky with cloud cover, the front aspect of a large alien spacecraft rising out of the ocean, the alien object dwarfing the battleship, the alien object in a stormy sea and surrounded by white water where it breaks out of the ocean, the alien object appearing to emit laser beams, the alien object with lights in front that resemble eyes, and text in all-capital letters that conveys the message that a sea battle is underway.   Since December 9, 2011, Universal has continuously used the Battleship Artwork to advertise and promote the Film.   Beginning in December 2011, Universal also distributed the Battleship Artwork to theaters in other countries, including the United Kingdom.

31.    Universal also caused a one-minute television advertisement for the Film to run during the broadcast of the Super Bowl game in February 2012, which attracted the largest television audience of any program in television history with an estimated 111 million viewers in the United States.   The advertisement prominently featured the Battleship Title Design and showed footage from the

COMPLAINT

Film, including images of the alien spacecraft rising out of the ocean.

32.    Universal also has promoted the Film throughout the United States by way of print advertisements, television commercials and billboard advertising.  In addition, Universal has advertised the Film through cross-promotional partnerships with Subway, Coke Zero, Kraft, Chevron, Hilton and Nestlé – in the form of television commercials, print advertising, in-store displays, product packaging, and online videos.  These advertisements identify Universal as the source of the Film, and include the *Battleship* motion picture title, the Battleship Title Design, and footage or images from the Film.  Among other things, Universal and Coke Zero created a Battleship-themed television commercial for Coke Zero, directed by Peter Berg, which aired during the NCAA Division I Men's Basketball Championship.  A current *Battleship*-themed television commercial for Subway can be viewed on YouTube:  www.youtube.com/watch?v=KjFpmypfNyM.

33.    In March 2012, Universal released a third trailer for the Film on iTunes, on the Battleship Website, and in theaters.  The trailer prominently featured the Battleship Title Design and showed footage from the Film, including images of the alien spacecraft rising out of the ocean.  This trailer played in theaters throughout the United States before screenings of the motion picture *Wrath of the Titans*, a film that reportedly has grossed more than $72 million to date at the domestic box office.  In March 2012, Universal also released this third trailer into more than 400 theaters in the United Kingdom before screenings of the film *John Carter*.

34.    To date, the total U.S. box office revenues of the films with which a trailer for Universal's *Battleship* film has been shown is more than $660 million.  Universal has made all three of the trailers for its *Battleship* motion picture available on YouTube and through Apple's iTunes website.  To date, there have been more than 11 million views of these *Battleship* trailers on YouTube and iTunes.  All three of Universal's *Battleship* trailers, as well as Universal's one-

minute Super Bowl advertisement for the Film, can be viewed on Universal's official *Battleship* website, www.battleshipmovie.com.

35.     Starting long before Universal commenced its nine-month, worldwide advertising campaign for the Film, numerous newspapers, magazines, and Internet websites – including *Variety*, *The Hollywood Reporter*, *People*, MTV, NY Daily News.com, and the *Daily Mail* – reported on the development and production of the Film, using the title *Battleship* to refer to the Universal motion picture.  For example, over two and a half years ago, in September 2009, *Variety* reported that Universal had set an initial release date for the live-action picture, *Battleship*, directed by Peter Berg.  In July 2010, *People* magazine reported on Rihanna's acting debut in Universal's *Battleship* and described the film as inspired by the classic Hasbro naval combat game.  In September 2010, the U.K. newspaper *Daily Mail* reported on Rihanna's first major movie role as a naval officer in the Film.  Similarly, in September 2010 MTV News reported on Rihanna's role in the Film and noted the May 18, 2012 theatrical release date in the United States.

## UNIVERSAL'S REGISTRATION OF THE BATTLESHIP ARTWORK

36.     In December 2011, Universal registered the Battleship Artwork with the U.S. Copyright Office.  Universal holds a Certificate of Registration, No. VA0001801562, for the Battleship Artwork with an effective date of January 3, 2012.

37.     The Battleship Artwork is an original artistic work, and Universal at all relevant times pursuant to express written agreements and assignments has been the owner of all copyright interests in the Battleship Artwork.

38.     The Battleship Artwork is featured on numerous advertisements and websites, including Universal's official Battleship Website, on fan sites and blogs, and on news, social networking, and commerce sites.  A true and correct copy of Universal's copyright registration certificate, along with the Battleship Artwork, is attached as **Exhibit D**.

39.     As a result of Universal's substantial, widespread, and continuous use of the title *Battleship*, the Battleship Title Design, and the Battleship Artwork to promote and advertise the Film, the *Battleship* title, the Battleship Title Design, and the Battleship Artwork all have acquired great value as identifiers of Universal's *Battleship* motion picture. Customers and other members of the relevant public in this judicial district and elsewhere in the United States and Europe readily recognize the *Battleship* title, the Battleship Title Design, and the Battleship Artwork as distinctive designations of the origin of the Film. The *Battleship* motion picture title, the Battleship Title Design, and the Battleship Artwork are assets of substantial value as symbols of Universal, its quality products, and its goodwill.

## GLOBAL ASYLUM'S INFRINGING DVD

40.     Global Asylum is a low-budget film production company whose business model is based on confusing and misleading consumers. According to its Internet website (www.theasylum.cc), Global Asylum produces 10 to 15 films per year. (".cc" is the top-level domain for the Cocos Islands, an Australian territory located in the Indian Ocean near Christmas Island.) Global Asylum touts itself as a purveyor of so-called "mockbusters" – *i.e.*, films that Global Asylum describes as "similar to big studio films, only cheaper." Despite the label, these low-budget DVDs do not mock, parody or otherwise comment upon the studio films which they knock off. Previous films that Global Asylum has released – all timed to coincide with major studio theatrical releases – include *Transmorphers, Almighty Thor, Sunday School Musical, The Da Vinci Treasure, The Amityville Haunting, The Day The Earth Stopped*, and *Snakes On A Train*. As one of Global Asylum's founders put it in a news article: "We go after the tent poles – the big studio titles – for the most part. Those have the most audience awareness and interest, and it's unlikely that the release date will change."

41.     Global Asylum's business strategy of creating knock-off imitations of major motion pictures and releasing them on DVD and video-on-demand at the same time as the studio theatrical release is intended to and does confuse consumers as to the source or origin of Global Asylum's productions by causing consumers to believe they are the same as or associated with contemporaneously released blockbuster films from major motion picture studios.  By way of example, on March 12, 2012, a consumer purchased Global Asylum's *John Carter of Mars* on Amazon.com believing it was the recent Walt Disney theatrical release *John Carter*.  The consumer commented on Amazon's Customer Review page: "I thought I was buying the Disney version.  Why this cut should have been offered at the same time Disney's version was coming out I can only attribute to a scam."  Similarly, in August 2008, a consumer was confused into believing that Global Asylum's *Snakes On A Train* was a sequel to New Line Cinema's theatrical motion picture *Snakes On A Plane*: "This movie was horrible.  I can't believe they made the 2nd movie.  'Snakes On A Plane' was an excellent movie.  But, this one was just awful.  I can't believe this movie was such a hit that they made the 2nd movie.  Recommend 'Snakes On A Plane' but NOT this one."  Indeed, Global Asylum has proudly posted on its own website evidence of the consumer confusion it has created, in the form of a December 2011 message that it ridiculed as "hate mail": "I don't know a single person that runs to the video store to buy an Asylum release.  In fact, most people I know only rent your films by mistake thinking they are the big-budget films you rip off.  Is that your marketing strategy or something?"

42.     Beginning in or about March 2012, Global Asylum began to promote and make available for pre-order on various retail websites a new low-budget, straight-to-DVD film titled *Battleship*, *Battleships*, or *American Battleship*, depending on the country where it will be sold (collectively, the "Infringing DVD").

43.    Upon information and belief, Global Asylum filmed the Infringing DVD during the first half of December 2011 in Wilmington, North Carolina – long after Universal had begun its extensive, worldwide efforts to promote the Film as described herein.  According to reports, the movie was shot mostly "under the radar" and in relative secret.  One of Global Asylum's founders described the company's production process in a news article as follows: "From the point that we come up with a concept to the film actually being released, it's about four months."

44.    Global Asylum has stated on its website and elsewhere its intention to release the Infringing DVD for sale within just a few days of the theatrical releases of Universal's *Battleship* film in Europe and the United States.  Specifically, Global Asylum plans to start selling the Infringing DVD in the United States on May 22, 2012 – just four days after the nationwide theatrical release in the United States of Universal's *Battleship* Film.  In or about March 2012, Global Asylum and its agents also announced their intention to begin selling the Infringing DVD in the United Kingdom on April 16, 2012 – just three days after the U.K. theatrical release of Universal's Film.  This timing is no coincidence.  Rather, Global Asylum and its agents have chosen to launch their knock-off movie at a time that will maximize their ability to exploit the extensive publicity and consumer interest surrounding the theatrical release of the Film in each country.  (Upon application by Universal, a United Kingdom court on April 13, 2012 issued an order restraining Global Asylum's U.K. distributors from selling the Infringing DVD in the United Kingdom, pending a further hearing that is expected to take place in May 2012.  The U.K distributors of the DVD subsequently have proposed to change the title and artwork of the DVDs distributed in the United Kingdom only.  No changes have been proposed in the title or artwork of the Infringing DVD with respect to the United States.)

45.   The basic plot of Global Asylum's Infringing DVD appears to be similar to the plot of Universal's *Battleship* theatrical release.  According to its own website, Global Asylum describes the Infringing DVD as follows: "When a fleet of mysterious ships wage war against the Earth, only the crew of the USS Iowa, the last American battleship, can prevent global Armageddon."  Upon information and belief, the "mysterious ships" and "superior force" refer to aliens that invade the Earth, much like the action in Universal's Film.  Screenshots of pages from Global Asylum's website are attached as **Exhibit E**.

46.   Global Asylum is marketing the Infringing DVD in the United States on its own website, on YouTube, through Amazon.com, and through third party commercial websites such as Barnes & Noble, Best Buy and CD Universe. Screenshots of pages from websites showing the Infringing DVD offered for sale in the United States are attached hereto as **Exhibit F**.  Global Asylum also has marketed the Infringing DVD in the United Kingdom on its own website, on YouTube, and through the websites for DVD distributors in the United Kingdom, including hmv.com, thehut.com, base.com and play.com.

47.   As shown below, Global Asylum is marketing the Infringing DVD in the United States and the United Kingdom using DVD packaging that is confusingly similar to Universal's *Battleship* motion picture title, the Battleship Title Design and the Battleship Artwork.  Both the U.S. and U.K. versions of the Infringing DVD use the word "Battleship" in the title.  In U.K. versions of the Infringing DVD advertised in March 2012 and April 2012, respectively, Global Asylum has employed a stylized font and color that is virtually indistinguishable from the Battleship Title Design.  Both titles use all-capital letters, an identical stencil font type with similar beveling, steely-gray font color, and color gradient. In what appears to be the United States version of the Infringing DVD, Global Asylum likewise uses title elements that are confusingly similar to Universal's *Battleship* motion picture title and the Battleship Title Design, including the use of

the word "Battleship", all-capital letters and a stylized font:



**Universal's *Battleship* Artwork**



**The Infringing DVD
(U.K. – April 2012 version)**



**The Infringing DVD
(U.K. – March 2012 version)**



**The Infringing DVD (U.S)**

COMPLAINT

48.    In addition to its use of a confusingly similar title and title design, the packaging for Global Asylum's Infringing DVD to be released in the United States and the United Kingdom is confusingly similar in appearance to the Battleship Artwork.  Among other things, the Infringing DVD packaging and the Battleship Artwork both employ similar color palettes and similar backgrounds showing dark stormy skies with cloud cover; both depict the front aspect of a large alien object rising out of the ocean; in both, the alien object dwarfs a battleship; both depict the alien object in a stormy sea and surrounded by white water where it breaks out of the ocean; both alien objects appear to emit laser beams; both objects have lights in front that resemble eyes; and the messages on both packages convey, in all-capital letters, the message that a sea battle is underway.

49.    The Asylum's trailer for its Infringing DVD, distributed on YouTube (www.youtube.com/watch?v=Yr-Y8IeWymo), also is substantially similar to the Film's trailer and teasers displayed on Universal's Battleship Website. Specifically, the alien sounds, the background music, and the battle scenes shown are similar to the Film's trailers.

### FIRST CLAIM FOR RELIEF

### FALSE DESIGNATION OF ORIGIN AND

### UNFAIR COMPETITION – 15 U.S.C. § 1125(a)(1)(A)

50.    Universal repeats, realleges, and incorporates herein by reference every allegation contained in paragraphs 1 through 49.

51.    Universal's *Battleship* motion picture title, the Battleship Title Design and the Battleship Artwork are used in commerce, are non-functional, are distinctive, and have acquired secondary meaning in the marketplace.

52.    As described above in detail, Global Asylum is using in commerce, without Universal's authorization or consent and in an explicitly misleading manner, titles, title designs, trade dress and advertising material that are confusingly similar to Universal's *Battleship* motion picture title, Battleship Title

1  Design and Battleship Artwork in connection with the advertisement, offering for

2  sale, and/or sale of Global Asylum's Infringing DVD in the United States and

3  Europe, all in violation of 15 U.S.C. § 1125(a)(1)(A).

4       53.    Universal is informed and believes, and on that basis alleges, that

5  Global Asylum had actual knowledge of Universal's ownership and prior use of

6  the *Battleship* motion picture title, Battleship Title Design and Battleship Artwork

7  prior to commencing the conduct complained of herein.

8       54.    Universal is informed and believes, and on that basis alleges, that

9  Global Asylum is engaging in the conduct complained of herein with the intent to

10 compete against Universal, to trade upon the reputation and goodwill of Hasbro,

11 Universal and the Film by causing confusion and mistake among customers and

12 the public, and to deceive the public into believing that Global Asylum's Infringing

13 DVD is the same as or associated with, sponsored by or approved by Universal,

14 when it is not.

15      55.    Universal is informed and believes, and on that basis alleges, that

16 Global Asylum has directed and orchestrated the distribution of the Infringing

17 DVD in Europe from the United States including by producing the Infringing DVD

18 and creating the packaging for the Infringing DVD in the United States, and

19 supervising the overseas distribution of the Infringing DVD from the United

20 States.

21      56.    As a result of the acts complained of herein, Global Asylum has

22 created a likelihood of injury to Universal's business reputation and to the

23 reputation and goodwill surrounding Universal's *Battleship* film, and a strong

24 likelihood of consumer confusion as to the source of origin or relationship of

25 Universal's and Global Asylum's goods, and has otherwise competed unfairly with

26 Universal.

27      57.    Global Asylum's acts complained of herein were willful and

28 deliberate and have caused damage to Universal in an amount to be determined at

1  trial, and such damages will continue to increase unless Global Asylum is enjoined

2  from its wrongful actions.

3      58.   Global Asylum's willful and deliberate acts constituting false

4  designation of origin have caused, and will continue to cause, irreparable injury to

5  Universal's business, substantial loss of goodwill and reputation, and pecuniary

6  damages to Universal and consequently have caused, and will continue to cause, a

7  substantial impact on United States domestic and foreign commerce.  Such

8  irreparable injury will continue unless and until Global Asylum is preliminarily

9  and permanently enjoined from further violation of Universal's rights, for which

10  Universal has no adequate remedy at law.

**SECOND CLAIM FOR RELIEF**

11

**FALSE ADVERTISING – 15 U.S.C. § 1125(a)(1)(B)**

12

13      59.   Universal repeats, realleges, and incorporates herein by reference

14  every allegation contained in paragraphs 1 through 58.

15      60.   Global Asylum's actions described above and specifically, without

16  limitation, Global Asylum's unauthorized use of Universal's *Battleship* motion

17  picture title, the Battleship Title Design and the Battleship Artwork, and

18  confusingly similar variations thereof, in commerce to advertise, market, and sell

19  the Infringing DVD throughout the United States, including California, and in

20  Europe; its express and/or implied representations that the sale of its Infringing

21  DVD·originated with or was endorsed or approved by Universal; its use of a

22  similar plot or story line as the Film; its use of similar music, alien sounds, and

23  action shots as Universal's Film trailers or teasers; and its similar release dates of

24  the Infringing DVD in the United States and Europe, constitute unfair competition

25  and false advertising in violation of 15 U.S.C. § 1125(a)(1)(B).

26      61.   Consumers are likely to be misled and deceived into believing that

27  based on Global Asylum's representations and conduct in connection with the

28  advertisement, offering for sale, and/or sale of Global Asylum's Infringing DVD

-19-

COMPLAINT

1  that Global Asylum's Infringing DVD is associated with, sponsored by or

2  approved by Universal, when it is not.

3       62.  Global Asylum knew or should have known that its representations

4  and conduct were false or likely to mislead.

5       63.  Global Asylum's acts complained of herein were willful and

6  deliberate and have caused damage to Universal in an amount to be determined at

7  trial, and such damages will continue to increase unless Global Asylum is enjoined

8  from its wrongful actions.

9       64.  Global Asylum's willful and deliberate acts of false advertising have

10  caused, and will continue to cause, irreparable injury to Universal's business,

11  substantial loss of goodwill and reputation, and pecuniary damages to Universal.

12  Such irreparable injury will continue unless and until Global Asylum is

13  preliminarily and permanently enjoined from further violation of Universal's

14  rights, for which Universal has no adequate remedy at law.

15                 **THIRD CLAIM FOR RELIEF:**

16         **COPYRIGHT INFRINGEMENT – 17 U.S.C. § 106**

17       65.  Universal repeats, realleges, and incorporates herein by reference

18  every allegation contained in paragraphs 1 through 64.

19       66.  Universal is the owner of all rights, title and interest in the Battleship

20  Artwork, which substantially consists of original material owned by Universal and

21  subject to protection under the Copyright Act.  Universal is the owner of a federal

22  copyright registration, Certificate No. VA0001801562, for the Battleship Artwork ,

23  which Universal obtained on or about January 3, 2012.

24       67.  By virtue of the acts complained of herein, Global Asylum has

25  directly, vicariously and/or contributorily infringed Universal's copyright in the

26  Battleship Artwork, and has caused or induced others to infringe Universal's

27  copyright, and unless enjoined will continue to infringe and cause others to

28  infringe Universal's copyright by reproducing, displaying, distributing and

1  utilizing for purposes of trade unauthorized derivative versions of the Battleship

2  Artwork and the copyrighted elements therein, all in violation of 17 U.S.C. § 106.

3      68.   All of Global Asylum's acts of infringement alleged herein have been

4  performed without the permission, license or consent of Universal, and have been

5  willful, intentional and purposeful, in disregard of and indifferent to Universal's

6  rights.

7      69.   Upon information and belief, Global Asylum has received substantial

8  benefits in connection with the unauthorized reproduction, display, distribution,

9  and utilization for purposes of trade and promotion of derivative versions of the

10  Battleship Artwork and the copyrighted elements therein

11     70.   As a direct and proximate result of Global Asylum's infringement of

12  Universal's exclusive rights under copyright law, Universal is entitled to actual

13  damages as well as Global Asylum's profits pursuant to 17 U.S.C. § 504(b).

14     71.   In the alternative, Universal is entitled to statutory damages, in the

15  amount of up to $150,000 per infringement, pursuant to 17 U.S.C. § 504(c), or for

16  such other amount as may be proper pursuant to 17 U.S.C. § 504(c).

17     72.   Universal further is entitled to its attorneys' fees and full costs

18  pursuant to 17 U.S.C. § 505.

19     73.   By virtue of the acts complained of herein, Global Asylum has

20  caused, and is causing, great injury to Universal, which damage cannot be

21  accurately computed, and unless this Court restrains Global Asylum from further

22  commission of said acts, Universal will suffer irreparable injury, for which there is

23  no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Universal is

24  entitled to a preliminary and permanent injunction prohibiting further

25  infringements of its copyright and exclusive rights under copyright, as well as an

26  order requiring the impoundment and destruction of infringing copies of the

27  Battleship Artwork in the possession, custody, or control of Global Asylum.

28

## FOURTH CLAIM FOR RELIEF:

## CALIFORNIA COMMON LAW UNFAIR COMPETITION

74.   Universal repeats, realleges, and incorporates herein by reference every allegation contained in paragraphs 1 through 73.

75.   By virtue of the acts complained of herein, Global Asylum has intentionally caused a likelihood of confusion among the public and has unfairly competed in violation of the common law of the State of California.

76.   The natural, probable tendency and effect of Global Asylum's use of titles, title designs, trade dress, packaging and advertising materials that are confusingly similar Universal's *Battleship* motion picture title, Battleship Title Design and Battleship Artwork in the manner alleged above is to enable Global Asylum to deceive the public by passing off Global Asylum's Infringing DVD and related-products as being rendered, sponsored, or otherwise approved by or connected with Universal.

77.   Global Asylum's use of titles, title designs and artwork confusingly similar to Universal's *Battleship* motion picture title, the Battleship Title Design and the Battleship Artwork in advertising and offering to sell the Infringing DVD is likely to cause confusion, mistake or deception as to the source or origin of Global Asylum's Infringing DVD and said use constitutes infringement of Universal's rights in its *Battleship* motion picture title, the Battleship Title Design and the Battleship Artwork under common law.

78.   Global Asylum's willful acts of unfair competition have caused damage and irreparable injury to Universal in an amount to be determined at trial.

79.   Global Asylum's willful acts of unfair competition constitute acts of fraud, oppression and malice.  Accordingly, Universal is entitled to exemplary damages pursuant to Cal. Civ. Code Section § 3294(a).

COMPLAINT

## FIFTH CLAIM FOR RELIEF:

## CALIFORNIA STATUTORY UNFAIR COMPETITION

### Cal. Business & Professions Code § 17200, *et seq.*

80.     Universal repeats, realleges, and incorporates herein by reference every allegation contained in paragraphs 1 through 79.

81.     By using identical or confusingly similar variations of Universal's *Battleship* motion picture title, the Battleship Title Design and the Battleship Artwork, Global Asylum has willfully and without authorization, appropriated the exclusive property of Universal.  As such, Global Asylum has taken advantage of and usurped the investment and goodwill of Universal and has capitalized on the market created by Universal for the Film.

82.     As a result of Global Asylum's exploitation of Universal's *Battleship* motion picture title, the Battleship Title Design and the Battleship Artwork in a manner such that the Infringing DVD packaging is commercially indistinguishable, Global Asylum has been and will be able to pass off and sell Global Asylum's Infringing DVD of inferior quality as substitutes for Universal's Film.

83.     By virtue of the acts complained of herein, Global Asylum has intentionally caused a likelihood of confusion among the public and has unfairly competed in violation of Cal. Bus. & Prof. Code § 17200, *et. seq.*

84.     Global Asylum's aforementioned acts constitute unlawful, unfair, malicious or fraudulent business practices, which have injured and damaged Universal.  Among other violations of law, Global Asylum's aforementioned acts constitute false designation of origin and false advertising under 15 U.S.C. § 1125(a) and false advertising under Cal. Bus. & Prof. Code § 17500, *et seq.*

85.     By its actions, Global Asylum has irreparably injured Universal.  Such irreparable injury will continue unless and until Global Asylum is preliminarily and permanently enjoined from further violation of Universal's rights, for which Universal has no adequate remedy at law.

COMPLAINT

## SIXTH CLAIM FOR RELIEF:

## CALIFORNIA STATUTORY FALSE ADVERTISING

### Cal. Business & Professions Code § 17500, *et seq.*

86.    Universal repeats, realleges, and incorporates herein by reference every allegation contained in paragraphs 1 through 85.

87.    Global Asylum's actions described above and specifically, without limitation, Global Asylum's unauthorized use of Universal's *Battleship* motion picture title, the Battleship Title Design and the Battleship Artwork, and confusingly similar variations thereof, in commerce to advertise, market, and sell the Infringing DVD throughout the United States, including California, and Europe; its express and/or implied representations that the sale of its Infringing DVD originated with or was endorsed or approved by Universal; its use of a similar plot or story line as the Film; its use of similar music, alien sounds, and action shots as Universal's Film trailers or teasers; and its similar release dates of the Infringing DVD in the United States and Europe, constitutes unfair competition and false advertising in violation of Cal. Bus. & Prof. Code § 17200, *et. seq.*

88.    Consumers are likely to be misled and deceived into believing that based on Global Asylum's express and/or implied representations and conduct in connection with the advertisement, offering for sale, and/or sale of Global Asylum's Infringing DVD that Global Asylum's Infringing DVD is associated with, sponsored by or approved by Universal, when it is not.

89.    Global Asylum knew or should have known that its express and/or implied representations and conduct were false or likely to mislead.

90.    Global Asylum's acts of false advertising have caused, and will continue to cause, irreparable injury, loss of reputation, and pecuniary damages. Such irreparable injury will continue unless and until Global Asylum is preliminarily and permanently enjoined by this Court from further violation of Universal's rights, for which Universal has no adequate remedy at law.

-24-

91.     By its actions, Global Asylum has irreparably injured Universal.  Such irreparable injury will continue unless and until Global Asylum is preliminarily and permanently enjoined from further violation of Universal's rights, for which Universal has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Universal prays for judgment against Global Asylum as follows:

A.     For entry of a preliminary and permanent injunction, prohibiting Global Asylum and each of its agents, servants, owners, shareholders, partners, employees, attorneys, assigns, and all others in privity or acting in concert with it from committing further infringing act including:

(1)     Using any title, name, service mark, trademark, trade name or domain name that includes or is confusingly similar to Universal's *Battleship* motion picture title or the Battleship Title Design in the advertising or sale of motion pictures, DVDs, video-on-demand or related any goods of services;

(2)     Using in any manner any title, service mark, trademark, trade name, domain name, trade dress, designs, colors, arrangements, collocations, or any combinations thereof that imitates, resembles, or suggests or is otherwise confusingly similar to Universal's Battleship Artwork.

(3)     Otherwise infringing Universal's trademarks, service marks, and trade names, unfairly competing with Universal, or otherwise injuring Universal's business reputation in any manner;

(4)     Using, registering, or reserving any domain name, Twitter name, Facebook page name or other similar domain or name that includes Universal's *Battleship* motion picture title or the Battleship Title Design or is confusingly similar thereto.

B. For an order that Global Asylum be directed to deliver up for destruction all DVDs, DVD covers, posters, trailers, advertisements, brochures, labels, signs, prints, packages, wrappers, publications, software and all other materials in Global Asylum's possession or under its control that bear or resemble the Battleship Title Design, Universal's *Battleship* motion picture title, or the Battleship Artwork, or any other reproduction, counterfeit, copy or colorable imitation of Universal's *Battleship* motion picture title, Battleship Title Design, or other service marks and trademarks, and all plates, molds, dies, matrices, and other means of making or duplicating the same, pursuant to 15 U.S.C. § 1118 and 17 U.S.C. § 503.

C. For an order directing that Global Asylum engage in corrective advertising to disclaim any association between Universal and Global Asylum, to remedy the actual and potential customer confusion in the marketplace due to Global Asylum's unlawful acts, and to do so in a form, manner and frequency that is acceptable to Universal and the Court.

D. That the Court award Universal compensatory damages and lost profits in an amount according to proof, and award Universal exemplary or punitive damages to the extent permitted by law.

E. That the Court award actual damages for copyright and trademark infringement pursuant to 17 U.S.C. §§ 504 and 505 and 15 U.S.C. § 1117(a), including at Universal's election statutory damages under 17 U.S.C. § 504(c).

F. For an order that Global Asylum account to and pay over to Universal all profits derived from its infringing use of Universal's *Battleship* motion picture title, the Battleship Title Design and the Battleship Artwork, or confusingly similar variations thereof.

G. For costs of suit, attorneys' fees, prejudgment interest and such other and further relief as the Court deems just and proper.

COMPLAINT

1    H.    For an order from the Court that an asset freeze or constructive trust

2  be imposed over all monies and profits in Global Asylum's possession which

3  rightfully belong to Universal.

4    I.    For such other relief as the Court deems just and proper.

5

6

Dated:  April 20, 2012                          JENNER & BLOCK LLP

7

8

9                                     By    ANDREW J. THOMAS
                                            FARNAZ M. ALEMI
10                                          KIRSTEN C. JACKSON

11                                          Attorneys for Plaintiffs
                                            Universal City Studios LLC and
12                                          Battleship Delta Productions LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-27-

1

## JURY DEMAND

2      Plaintiffs Universal City Studios, LLC and Battleship Delta Productions,

3  LLC respectfully request a jury trial on all issues so triable.

4

5  Dated:  April 20, 2012                    JENNER & BLOCK LLP

6

7                                      By    ANDREW J. THOMAS
                                              FARNAZ M. ALEMI
8                                             KIRSTEN C. JACKSON

9                                            Attorneys for Plaintiffs
10                                           Universal City Studios LLC and
                                             Battleship Delta Productions LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# EXHIBIT A



# EXHIBIT B









3





4

# EXHIBIT C



# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-801-562

**Effective date of
registration:**

January 3, 2012

---

## Title

**Title of Work:** Battleship - Advance One-Sheet 2-Sided - Hopper

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 14, 2011    **Nation of 1st Publication:** United States

## Author

■     **Author:** Universal City Studios LLC

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal City Studios LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

**Name:** Carly Seabrook

**Date:** December 19, 2011

Page 1 of 1

**Registration #:** VA0001801562

**Service Request #:** 1-700527202



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608



# EXHIBIT E





# EXHIBIT F











| HOME | HOME ENTERTAINMENT | INTERNATIONAL | PRODUCTION | NEWS & BLOG | COMPANY INFO & CONTACT |

Select Title



## AMERICAN BATTLESHIP

2012 Action 90 min

When a fleet of mysterious ships wage war against the Earth, only the crew of the USS Iowa, the last American battleship, can prevent global armageddon.

**HOME ENTERTAINMENT**

**Street Date:** May 22, 2012 **Prebook Date:** April 24, 2012 **Catalog #:** 2720/2721/2722 **UPC Code:** Rev Share: 686340-272033 Retail: 686340-272149 Blu-Ray: 686340-272255

**SPECIAL FEATURES**

Widescreen Presentation, 5.1 Surround Sound, Making of Featuretter

**CREDITS**

**Produced by:** David Michael Latt, David Rimawi, Paul Bales **Directed by:** Thunder Levin **Written by:** Thunder Levin **Cinematography by:** Stuart Brereton Starring: Mario Van Peebles, Johanna Watts, and Carl Weathers

**SEARCH THE CATALOG:**
SEARCH BY TITLE
Select Title
SEARCH BY GENRE
Select Genre
SEARCH BY RELEASE DATE
Select Date
KEYWORD SEARCH



FOR DOMESTIC SALES INQUIRIES, CONTACT BALES@THEASYLUM.CC OR CALL 1-323-850-1214

**INTERNATIONAL BUYERS**

FOR INTERNATIONAL SALES INQUIRIES, CONTACT RIMAWi@THEASYLUM.CC OR CALL 1-323-850-1214

Home Entertainment | International | Production | News & Blog | Company Information & Contact | Buy Movies



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV12- 3454 R (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

=====================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:  Andrew J. Thomas, Farnaz M.
Alemi, Kirsten C. Jackson
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel: (213) 239-5100; Fax: (213) 239-5199

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL CITY STUDIOS LLC, and BATTLESHIP DELTA PRODUCTIONS LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation, and THE BIG STICK LLC, a California limited liability company DEFENDANT(S). | CV12-3454 R (PJWx) SUMMONS |

TO:     DEFENDANT(S):

    A lawsuit has been filed against you.

    Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Andrew J. Thomas , whose address is JENNER & BLOCK LLP 633 West 5th St., Ste 3600, Los Angeles, CA 90071 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                Clerk, U.S. District Court

Dated:  APR 2 0 2012                 By: _____
                                MARILYN DAVIS
                                SEAL
                                Deputy Clerk

                                (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                    SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNIVERSAL CITY STUDIOS LLC, and BATTLESHIP DELTA PRODUCTIONS LLC

**DEFENDANTS**
THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation, and THE BIG STICK LLC, a California limited liability company

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Andrew J. Thomas, Farnaz M. Alemi, Kirsten C. Jackson
JENNER & BLOCK LLP, 633 West 5th Street, Suite 3600, Los Angeles, CA 90071; Tel: (213) 239-5100, Fax (213) 239-5199

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
False Designation of Origin, Trade Dress Infringement, & False Advertising (15 USC 1125(a)(1)); Copyright Infringement (17 USC 106); Cal. Common Law Unfair Comp.

**VII. NATURE OF SUIT** (Place an X in one box only.) Unfair Competition (Cal. Bus. & Prof. Code 17200); False Advertising (Cal. Bus. & Prof Code 17500);

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12-3454

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                       ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                       ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                       ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | United Kingdom |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _~signature~_      Date April 20, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |