JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Farnaz M. Alemi (SBN 255836)
falemi@jenner.com
Kirsten C. Jackson (SBN 265952)
jackson@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Plaintiffs
UNIVERSAL CITY STUDIOS LLC and
BATTLESHIP DELTA PRODUCTIONS LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS LLC, and BATTLESHIP DELTA PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation, and THE BIG STICK LLC, a California limited liability company,<br><br>Defendants. | Case No. 12-cv-03454-R-PJW<br>Honorable Manuel L. Real<br><br>**ORDER ON STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

## ORDER

The Court having considered the Stipulated Dismissal with Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Agreement to Retain Jurisdiction for Purposes of Enforcing the Settlement Agreement, hereby orders that:

1. This action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.
2. Each of the parties shall bear its own attorneys' fees and costs.
3. The Court shall retain jurisdiction to enforce the Settlement Agreement between the parties, pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S. Ct. 1673(1994).

IT IS SO ORDERED.

Dated: _August 14, 2012__  _____
For Honorable Manuel L. Real
United States District Judge

-2-